IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TED CHARLES RASMUSSON,<br><br>Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY, INC.,<br><br>Defendant. | 4:19-cv-00325-CRW-HCA<br><br><br><br><br><br>SCHEDULING AND TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on May 6, 2020. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **April 4, 2022** or as soon thereafter as it can be reached at **9:00 AM** before United States Senior Judge Charles R. Wolle at the United States Courthouse, Des Moines, Iowa. Trial is estimated to take twenty (20) days.

2. A Final Pretrial Conference shall be held on **March 14, 2022** at **10:00 AM** at the United States Courthouse, Des Moines, Iowa, before Chief Magistrate Judge Helen C. Adams.

3. Initial Disclosures shall be made by **May 25, 2020**.

4. Motions to add parties shall be filed by **June 25, 2020**.

5. Motions for leave to amend pleadings shall be filed by **June 25, 2020**.

6. Plaintiff shall designate expert witnesses and disclose their written reports by **December 11, 2020**.

7. Defendant shall designate expert witnesses and disclose their written reports by **February 12, 2021**.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **March 12, 2021**.

9. Discovery shall be completed by **April 16, 2021**. Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by **August 13, 2021**.

IT IS SO ORDERED.

Dated May 6, 2020.

Helen C. Adams
Chief U.S. Magistrate Judge